O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In the Disciplinary Matter of | ) | NO. MC 10-304 ABC |
| | ) | |
| PAUL ALLEN TRAINA | ) | ORDER TO SHOW CAUSE |
| | ) | |
| California State Bar No. 155805 | ) | |
| | ) | |
| | ) | |

Concurrently with this order to show cause, the Court is issuing an order suspending Respondent.  In connection with that determination, Respondent filed some documents under seal.  The local rules provides that:

> The record in a disciplinary proceeding shall not be public (unless otherwise ordered by the Court) but **shall become public if and when a final order imposing discipline is entered**.

Local Rule 83-3.1.6 (emphasis added).[1]  As a final order imposing discipline is being entered concurrently herewith, Respondent is

---

[1] The Court has already determined that the Order of Suspension itself should be public.

1 hereby **ORDERED** to show cause within 14 days why the entire record of
2 this disciplinary proceeding should not become public.[2]

4 DATED: November 24, 2010   *Audrey B. Collins*

6 _____
   CHIEF UNITED STATES DISTRICT JUDGE

---

[2] To the extent Respondent believes sealing is necessary to ensure that the name of the junior associate is not made public, he must identify with particularity the documents raising that concern.